JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7144
FAX: (415) 436-7234
Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOTHY CRAIG,

Defendant.

CR No.: 3-08-70096 MEJ

STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME

On February 21, 2008, defendant was charged in a criminal complaint. On February 25, 2008, defendant was arraigned on the complaint and entered a plea of not guilty. On February 25, 2008 the government moved that defendant be detained pending trial, and this Court set a detention hearing date of March 7, 2008. On March 7, 2008, the parties appeared for the detention hearing, at which time both parties requested, and the Court agreed, to continue the hearing until March 25, 2008. The parties further stipulated and, defendant specifically consented, that, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time limits set forth in Rule 5.1(c) be excluded from March 7, 2008, to and including March 25, 2008. This Court

accordingly agreed to extend the time for a preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d). The government's pending motion for detention automatically tolled the time under the Speedy Trial Act. *United States v. Vo,* 413 F.3d 1010, 1016 (9th Cir. 2005).

On March 25, 2008 the parties appeared for the detention hearing and the setting of a date for the preliminary hearing in this case. The parties requested, and this Court agreed, to continue the detention hearing until April 24, 2008. The parties further stipulated and, defendant specifically consented, that, pursuant to Federal Rule of Criminal Procedure 5.1(d), the time limits set forth in Rule 5.1(c) be excluded from March 25, 2008, to and including April 24, 2008. This Court accordingly agreed to extend the time for a preliminary hearing, taking into account the public interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

The government's pending motion for detention automatically tolls the time from March 24, 2008 through April 24, 2008 under the Speedy Trial Act. *United States v. Vo,* 413 F.3d 1010, 1016 (9th Cir. 2005). In addition, the parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defense counsel continues to review the computer evidence seized in this case. The parties agree that granting the continuance is necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: March 27, 2008

\s\
ALLISON MARSTON DANNER
Assistant United States Attorney

DATED: March 27, 2008

\s\
STEVEN G. KALAR
Attorney for Timothy Craig

For the reasons stated above, the Court finds that exclusions of time from March 7, 2008 through March 25, 2008 and from March 25, 2008 through April 24, 2008, are warranted and that the ends of justice served by the continuances outweigh the best interests of the public and the defendant in a speedy trial and prompt disposition of criminal cases. *See* 18 U.S.C. §3161 (h)(8)(A); Fed. R. Crim. P. 5.1(d). Failure to grant the requested continuances would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: 03/31/08




THE HO[illegible]
United S[illegible]