| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CNB 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | DENISE MARIE BARTON (MABN 634052)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7359<br>Facsimile: (415) 436-7234 |
| 8 | E-mail: denise.barton@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 3:08-70096 MAG |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF |
| TIMOTHY CHARLES CRAIG, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Denise M. Barton, Assistant United States Attorney, and to withdraw the appearance of Allison M. Danner, the Assistant United States Attorney who was formerly assigned to represent the United States in this case. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be directed to AUSA Denise M. Barton at the above mailing address, telephone number, facsimile number, and e-mail address.

1  Please also take notice that, from the date of this request, service on the Untied States of
2  America should be made on Denise M. Barton only.  Please amend your service lists
3  accordingly.
4
5  DATED: April 24, 2008                        Respectfully submitted,
6                                                              JOSEPH P. RUSSONIELLO
                                                                  United States Attorney
7
8
                                                                   /s/ Denise Barton
9                                                              DENISE M. BARTON
                                                                  Assistant United States Attorney
10

CR 3:08-70096  MAG
NOTICE OF SUBSTITUTION OF COUNSEL                                                         2