AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING || Name of District Court and/or Judge/Magistrate Location: NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

18 U.S.C. § 2252(a)(2)– Receipt of Child Pornography; 18 U.S.C. § 2252(a)(4)(B)– Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

PENALTY:

See Attached Penalty Sheet

**DEFENDANT - U.S.**
▶ TIMOTHY CRAIG

DISTRICT COURT NUMBER

**JSW**

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

ICE Special Agent Greg Pokalski / Napa Sheriff Deputies Todd Hancock and Joe Jones

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. 08-70096 MEJ

Name and Office of Person Furnishing Information on THIS FORM   Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Denise Marie Barton

---

**DEFENDANT**

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶ 2/25/08   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

PENALTY SHEET

UNITED STATES V. TIMOTHY CRAIG

*Count 1:*     *18 U.S.C. § 2252(a)(2): Receipt of Child Pornography*

<u>Class B Felony</u>
Maximum Prison Term of Forty Years
**Mandatory Minimum Prison Term of Fifteen Years**
Maximum Fine of $250,000
Supervised Release of Not Less Than 5 years
Maximum of Lifetime Supervised Release
Registration as a Sex Offender
Mandatory Special Assessment of $100

*Count 2:*     *18 U.S.C. § 2252(a)(4)(B): Possession of Child Pornography*

<u>Class C Felony</u>
Maximum Prison Term of Twenty Years
Mandatory Minimum Term of 10 Years
Maximum Fine of $250,000
Supervised Release of Not Less Than 5 years
Maximum of Lifetime Supervised Release
Registration as a Sex Offender
Mandatory Special Assessment of $100

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CR 08 0329

TIMOTHY CRAIG

JSW

E-filing

DEFENDANT.

---

## INDICTMENT

Title 18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography
Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

---

INDICT

A true bill.

_____
Foreman

Filed in open court this 15 day of MAY 2008

BETTY FONG
Clerk

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Bail, $ _____
No Process

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3
4
5
6             E-filing
7
8             UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10            SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,         ) No.
                                       )
13 |     Plaintiff,                    ) VIOLATIONS: 18 U.S.C. § 2252(a)(2) –
                                       ) Receipt of Child Pornography; 18 U.S.C. §
14 | v.                                ) 2252(a)(4)(B) – Possession of Child
                                       ) Pornography
15 |                                   )
   | TIMOTHY CRAIG,                    )
16 |                                   ) SAN FRANCISCO VENUE
   |     Defendant.                    )
17 |_____)

18                          I N D I C T M E N T

19 The Grand Jury charges:

20 COUNT ONE:   (18 U.S.C. § 2252(a)(2) - Receipt of Child Pornography)

21      Beginning on or about March 1, 2007 and continuing until on or about August 8, 2007, in

22 the Northern District of California, the defendant,

23                                 TIMOTHY CRAIG,

24 did knowingly receive at least one visual depiction that had been mailed, shipped, and

25 transported in interstate and foreign commerce, by computer, knowing that the production of

26 such visual depiction involved a minor engaging in sexually explicit conduct and that such visual

27 depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2).

28

INDICTMENT

1  COUNT TWO: (18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography)
2         On or about August 8, 2007, in the Northern District of California, the defendant,
3                                    TIMOTHY CRAIG,
4  did knowingly possess at least one matter, namely a Toshiba laptop computer, which contained at
5  least one visual depiction that had been shipped and transported in interstate and foreign
6  commerce, by computer, knowing that the production of such visual depiction involved a minor
7  engaging in sexually explicit conduct and that such visual depiction was of such conduct, in
8  violation of Title 18, United States Code, Section 2252(a)(4)(B).
9
10 FORFEITURE ALLEGATIONS: (18 U.S.C. §§ 2253(a)(1) and (a)(3) - Criminal Forfeiture)
11        Upon conviction of the offenses alleged in Counts One and Two, the defendant,
12                                   TIMOTHY CRAIG,
13 shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)
14 and (a)(3), all visual depictions described in Title 18, United States Code Section 2252, and all
15 property, real or personal, used or intended to be used to commit or promote the commission of
16 the offenses of conviction, including but not limited to the following item that was obtained
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

INDICTMENT                                    2

1 | from defendant on August 8, 2007:

2 |     a.    Toshiba Laptop Computer, Serial Number X6104930Q

6 | DATED: May 15, 2008      A TRUE BILL.

FOREPERSON

10 | JOSEPH P. RUSSONIELLO
United States Attorney

13 | Gregg W. Lowder
Chief, Major Crimes Section

15 | (Approved as to form: _____
AUSA Barton

INDICTMENT      3