1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney

2

3   BRIAN STRETCH (CSBN 163973)
    Chief, Criminal Division

4   DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney

5

6   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
7   Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

8
    Attorneys for Plaintiff

9

FILED

MAY 1 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,          )    CR No. CR 03-08-70096 MEJ
                                        )
14          Plaintiff,                  )    STIPULATION AND [PROPOSED] ORDER
                                        )    CONTINUING THE PRELIMINARY
15      v.                              )    HEARING AND EXCLUDING TIME
                                        )
16   TIMOTHY CRAIG,                     )
                                        )
17          Defendant.                  )
                                        )
18   ─────────────────────────────      )

19          This matter is set for a Preliminary Hearing / Arraignment on May 9, 2008. The United

20   States intended to present this matter for indictment before the Grand Jury on May 6, 2008. On

21   the morning of May 6, 2008, counsel for the United States learned that the intended law

22   enforcement witness for the case suffered a medical emergency, would not be able to appear

23   before the Grand Jury, and that he would be unavailable due to his medical situation for

24   approximately three weeks. Counsel for the United States has conferred with the investigating

25   law enforcement agency and confirmed that another witness, who was out of the District from

26   May 5-9, 2008, can be prepared and available to testify before the Grand Jury on the week of

27   May 12, 2008. Due to other court obligations, this witness is not available at the sitting of the

28   Grand Jury on Tuesday, May 13, 2008 but is available to testify on Thursday, May 15, 2008.

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-08-70096 MEJ                                                    1

1 | With the testimony of this witness, the United States now intends to present this matter before
2 | the Grand Jury on Thursday, May 15, 2008. The defendant does not object to this continuance,
3 | believes that good cause exists to extend the time limits of Fed. R. Crim. P. 5.1(c),(d) due to the
4 | unavailability of an essential witness, and waives his right to have a preliminary hearing held
5 | within 20 days pursuant to Fed. R. Crim. P. 5.1(c),(d). The parties now stipulate and request that
6 | the Court enter an Order that the Preliminary Hearing be removed from the May 9, 2008
7 | calendar and be continued until May 16, 2008 and that time should be excluded from the Speedy
8 | Trial Act calculations from May 9, 2008 through May 16, 2008. The parties represent that
9 | granting this continuance is necessary due to the unavailability of an essential witness.  See 18
10 | U.S.C. § 3161(h)(3)(A).

11 | IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: May 8, 2008
                                        /s/
                             DENISE MARIE BARTON
                             Assistant United States Attorney

DATED: May 8, 2008
                                        /s/
                             STEVEN KALAR
                             Attorney for TIMOTHY CRAIG

## [PROPOSED] ORDER

For the reasons stated above, the Preliminary Hearing shall be removed from the May 9,
2008 calendar and be continued until May 16, 2008. The Court finds that a showing of good
cause has been made to extend the time for a preliminary hearing pursuant to Fed. R. Crim. P.
5.1(c),(d) and that time should be excluded from the Speedy Trial Act due to the unavailability
of an essential witness.  See 18 U.S.C. § 3161(h)(3)(A).

IT IS SO ORDERED.

DATED: 5/13/08
                             _____
                             Honorable Edward M. Chen
                             United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-08-70096 MEJ                                              2