JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> TIMOTHY CRAIG, ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | CR No.  08-0329 JSW <br><br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM MAY 16, 2008 THROUGH JUNE 12, 2008 |

    On May 16, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from May 16, 2008 through June 12, 2008.  The parties represented that granting the continuance was necessary for continuity of counsel and effective preparation of counsel, taking into account the exercise of

//

//

//

Stipulation and [Proposed] Order Excluding Time, 08-0329 JSW    1

1  due diligence, to afford counsel time to prepare and produce additional discovery, review the
2  additional discovery, and to meet and confer pursuant to local rules. See 18 U.S.C. §
3  3161(h)(8)(B)(iv).
4
5  SO STIPULATED:
6                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
7
8
9  DATED: May 16, 2008                         /s/ Denise Barton
                                               DENISE MARIE BARTON
10                                             Assistant United States Attorney
11
12 DATED: May 16, 2008                         /s/
                                               STEVEN G. KALAR
13                                             Attorney for TIMOTHY CRAIG
14
15
       As the Court found on May 16, 2008, and for the reasons stated above, the Court finds that
16
   the ends of justice served by the continuance outweigh the best interests of the public and the
17
   defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
18
   calculations May 16, 2008 through June 12, 2008 for effective preparation of counsel. See 18
19
   U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny the
20
   defendant continuity of counsel and reasonable time necessary for effective preparation of
21
   counsel, taking into account the exercise of due diligence, and would result in a miscarriage of
22
   justice. See 18 U.S.C. §3161(h)(8)(B)(iv).
23
24
   SO ORDERED.
25
26
   DATED: _____         _____
27                                       HONORABLE EDWARD M. CHEN
                                         United States Magistrate Court Judge
28

Stipulation and [Proposed] Order Excluding Time, 08-0329 JSW                           2