Chambers Copy – Do Not E-File

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102
   Telephone: (415) 436-7359
7  Facsimile: (415) 436-7234
   denise.barton@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   CR No. 08-0329 JSW
                                     )
15           Plaintiff,              )   STIPULATION AND [PROPOSED] ORDER
                                     )   EXCLUDING TIME FROM MAY 16, 2008
16      v.                           )   THROUGH JUNE 12, 2008
                                     )
17                                   )
    TIMOTHY CRAIG,                   )
18                                   )
             Defendant.              )
19                                   )
                                     )
20  _____)

21       On May 16, 2008, the parties in this case appeared before the Court and stipulated that

22  time should be excluded from the Speedy Trial Act calculations from May 16, 2008 through

23  June 12, 2008. The parties represented that granting the continuance was necessary for

24  continuity of counsel and effective preparation of counsel, taking into account the exercise of

25  //

26  //

27  //

28

Stipulation and [Proposed] Order Excluding Time, 08-0329 JSW                               1

1 | due diligence, to afford counsel time to prepare and produce additional discovery, review the
2 | additional discovery, and to meet and confer pursuant to local rules. See 18 U.S.C. §
3 | 3161(h)(8)(B)(iv).
4 |
5 | SO STIPULATED:
6 |                                            JOSEPH P. RUSSONIELLO
7 |                                            United States Attorney
8 |
9 | DATED: May 16, 2008                        /s/ Denise Barton
                                               DENISE MARIE BARTON
10|                                            Assistant United States Attorney
11|
12| DATED: May 16, 2008                        /s/
                                               STEVEN G. KALAR
13|                                            Attorney for TIMOTHY CRAIG
14|
15|
16|     As the Court found on May 16, 2008, and for the reasons stated above, the Court finds that
17| the ends of justice served by the continuance outweigh the best interests of the public and the
18| defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
19| calculations May 16, 2008 through June 12, 2008 for effective preparation of counsel. See 18
20| U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny the
21| defendant continuity of counsel and reasonable time necessary for effective preparation of
22| counsel, taking into account the exercise of due diligence, and would result in a miscarriage of
23| justice. See 18 U.S.C. §3161(h)(8)(B)(iv).
24|
25| SO ORDERED.
26| DATED: 5/19/08
27|                                            HONORABLE EDWARD M. CHEN
                                               United States Magistrate Court Judge
28|

Stipulation and [Proposed] Order Excluding Time, 08-0329 JSW                                    2