# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date:   June 12, 2008

Case No.  CR-08-329   JSW                 Judge:  Jeffrey S. White

United States of America   v.  Timothy Craig
                              Defendant
                              Present (X) Not Present (  ) In-Custody (X)

| | |
|---|---|
| **Denise Barton** | **Steven Kalar** |
| **U.S. Attorney** | **Defense Counsel** |

**Deputy Clerk: Jennifer Ottolini**          **Court Reporter: Connie Kuhl**


### PROCEEDINGS

**REASON FOR HEARING: Trial Setting**

**RESULT OF HEARING:   Counsel shall meet and confer re: proposed briefing schedule.**


**Case Continued to 7-3-08 at 2:30 p.m. for Motion Setting**


**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**