# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTE ORDER

Date:  July 3, 2008

Case No.  CR-08-329   JSW             Judge:  Jeffrey S. White

United States of America   v.  Timothy Craig
　　　　　　　　　　　　　　　　Defendant
　　　　　　　　　　　　　　　　Present (X) Not Present ( ) In-Custody (X)

| Denise Barton | Steven Kalar |
|---|---|
| U.S. Attorney | Defense Counsel |

Deputy Clerk: Jennifer Ottolini         Court Reporter: Jim Yeomans

### PROCEEDINGS

**REASON FOR HEARING:** Motion Setting

**RESULT OF HEARING:**   Counsel informed the Court that discovery matters remain outstanding.  If not resolved, counsel anticipates motions to be filed and asks they run simultaneously to the below suppression motion schedule.  Counsel are hopeful they will be able to reach an agreement re: Protective Order.

Counsel believe the suppression motion will need an evidentiary hearing.  The Court shall notify counsel if evidentiary hearing is necessary.

Case Continued to 9-25-08 at 2:30 p.m. for Motion to Suppress

(Motion Due: 7-31-08, Opp Due: 8-21-08, Reply Due: 9-4-08)

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161**