JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY CRAIG,<br><br>    Defendant. | CR No. 08-0329 JSW<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JUNE 12, 2008 THROUGH JULY 3, 2008 |

On June 12, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from June 12, 2008 through July 3, 2008. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence, to afford counsel

//

//

//

//

time to address discovery issues and confer regarding a briefing. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

                          JOSEPH P. RUSSONIELLO
                          United States Attorney

DATED: July 3, 2008           /s/ Denise Barton
                          DENISE MARIE BARTON
                          Assistant United States Attorney

DATED: July 3, 2008           /s/
                          STEVEN G. KALAR
                          Attorney for TIMOTHY CRAIG

As the Court found on June 12, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from June 12, 2008 through July 3, 2008. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: _____          _____
                                            HONORABLE JEFFREY S. WHITE
                                            United States District Court Judge