JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br>     Plaintiff, </br> v. </br> TIMOTHY CRAIG, </br>     Defendant. | CR No. 08-0329 JSW </br></br> STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM JULY 3, 2008 THROUGH JULY 31, 2008 |

On July 3, 2008, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from July 3, 2008 through July 31, 2008. The parties represented that granting the continuance was necessary for continuity of counsel and effective preparation of counsel, taking into account the exercise of due diligence, in light of defense counsel's work travel schedule and to afford defense counsel time to prepare motions he intends to file. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties further represented

//

//

1  that the Speedy Trial Act would be tolled by statute upon filing of motions by the defendant on
2  July 31, 2008.  See 18 U.S.C. § 3161(h)(1)(F).

4  SO STIPULATED:

6                                                       JOSEPH P. RUSSONIELLO
                                                        United States Attorney

9  DATED: July 3, 2008                         /s/ Denise Barton
                                                        DENISE MARIE BARTON
10                                                    Assistant United States Attorney

12 DATED: July 3, 2008                         /s/
                                                        STEVEN G. KALAR
13                                                    Attorney for TIMOTHY CRAIG

   As the Court found on July 3, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from July 3, 2008 through July 31, 2008.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: July 7, 2008
                                                        _____
                                                        HONORABLE JEFFREY S. WHITE
                                                        United States District Court Judge

Stipulation and [Proposed] Order Excluding Time, 08-0329 JSW                                         2