IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY CRAIG,<br><br>    Defendant. | No. CR 08-0329 JSW<br><br>**ORDER FILING UNDER SEAL** |

For good cause shown, the Declaration of AFPD Steven Kalar in support of his motion for filing under seal, and Exhibits B and D referenced in that declaration and motion, shall be filed under seal.

DATED _____	_____
                                                               JEFFREY S. WHITE
                                                               United States District Judge