IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0329 JSW |
| Plaintiff, | **ORDER FILING UNDER SEAL** |
| v. | |
| TIMOTHY CRAIG, | |
| Defendant. | |

For good cause shown, the Declaration of AFPD Steven Kalar in support of his motion for filing under seal, and Exhibits B and D referenced in that declaration and motion, shall be filed under seal.

August 5, 2008
DATED

_____
JEFFREY S. WHITE
United States District Judge