JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY CRAIG,<br><br>    Defendant. | CR No. 08-0329 JSW<br><br>ERRATA RE: MEMORANDUM IN OPPOSITION TO MOTION TO SUPPRESS EVIDENCE IN VIOLATION OF THE FOURTH AMENDMENT<br><br>Hearing Date: September 25, 2008<br>                    2:30 pm |

COMES NOW, THE UNITED STATES OF AMERICA, and hereby files this Errata Re: Memorandum in Opposition to Motion to Suppress Evidence in Violation of the Fourth Amendment for an Evidentiary Hearing, in the form of the Table of Contents and the Table of Authorities, which are attached hereto.

DATED: August 26, 2008                Respectfully submitted,

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney


                                       /s/ Denise Marie Barton
                                      DENISE MARIE BARTON
                                      Assistant United States Attorney

**TABLE OF CONTENTS**

PAGE

I. FACTUAL BACKGROUND.................................................. 2

    A.    Immigration and Customs Enforcement Lead Information on "Timothy Craig" at 3271 Beard Road, Napa, California  and Investigation by Detective Jones..... 2

    B.    Detective Jones Submits a Search Warrant Application for Residence of Timothy Craig............................................. 3

    C.    The Content of the Search Warrant and Statement of Probable Cause Authored By Detective Jones................................... 4

    D.    The Content of the Federal Investigation Materials................... 5

II. ARGUMENT............................................................. 6

    A.    The Search Warrant Should Be Upheld Under the Good Faith Exception....... 7

        1.    The Statement of Probable Cause By Detective Jones Does Not Contain The False Statements Alleged By the Defendant............. 10

        2.    Even if Lacking in Probable Cause, the Affidavit Nonetheless Set Forth a Reasonable Basis To Believe That Child Pornography Would Be Found at the Defendant's Home......................... 10

            a.    Description as "Child Pornography" Does Not Defeat Good Faith.................................................... 13

            b.    Description of a Single Image Does Not Defeat Good Faith..... 14

    B.    Detective Jones Did Not Make Any False Statements, or Franks Violations, In His Statement of Probable Cause................................. 14

        1.    The Image Attached to Message #223 Was Child Pornography........ 15

        2.    The Statement That Craig Was a Suspect Was Not False............ 20

    C.    An Eight Month Lapse Does Not Render a Search Warrant Stale. ........... 21

III.    CONCLUSION........................................................ 22

# TABLE OF AUTHORITIES

# FEDERAL CASES

PAGE

*Miller v. California*, 413 U.S. 15 (1973). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*New York v. Ferber*, 458 U.S. 747 (1982). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 17

*United States v. Battershell*, 457 U.S. 1048 (9th Cir. 2006). . . . . . . . . . . . . . . . . . . . . . . . . . 13

*United States v. Boudreau*, 250 F.3d 279 (5th Cir. 2001). . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*United States v. Burnes*, 816 F.2d 1354 (9th Cir. 1987). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*United States v. Campbell*, 81 Fed. Appx. 532 (6th Cir. 2003). . . . . . . . . . . . . . . . . . . . . . . . 19

*United States v. Caroll*, 190, F.3d 290 (5th Cir. 1999) . . . . . . . . . . . . . . . . . . . . . . . . . . . 18, 19

*United States v. Caroll*, 227 F.3d 486 (5th Cir. 2000). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*United States v. Chase*, CR 206-CR-0065-PMP-PAL, 2006 WL 2347726
(D. Or. August 9, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

*United States v. Chavez-Miranda*, 306 F.3d 973 (9th Cir. 2002). . . . . . . . . . . . . . . . . . . . . . 15

*United States v. Chesher*, 678 F.2d 1353 (9th Cir. 1982). . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*United States v. Cordy*, No. 8:06CR321, 2007 WL 675111 (D. Neb. March 5, 2007). . . . . . . 12

*United States v. Crews*, 502 U.S. 1130 (9th Cir. 2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*United States v. Diyn*, Crim. No. 3:2006-37, 2008 WL 295942 (W.D. Pa. July 18, 2008). . . . . 13

*United States v. Dost*, 636 F.Supp. 828 (S.D. Cal. 1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

*United States v. Fowlie*, 24 F.3d 1059 (9th Cir. 1994). . . . . . . . . . . . . . . . . . . . . . . . . . 7-10, 12

*United States v. Frabizio*, WL 2351263 (1st Cir. 2006). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*United States v. Gann*, 732 F.2d 714 (9th Cir. 1984). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

*United States v. Gautherum*, Cr. No. 5:07-0105, 2007 WL 4788472 (S.D. W. Va.
December 27, 2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

*United States v. Grant*, 490 F.3d 627, 633-34 (8th Cir. 2007). . . . . . . . . . . . . . . . . . . . . . . . 13

*United States v. Greathouse*, 297 F. Supp. 2d 1264 (9th Cir. 2003). . . . . . . . . . . . . . . . . . . . 21

*United States v. Grimes*, 244 F.3d 375 (5th Cir. 2001). . . . . . . . . . . . . . . . . . . . . . . . . . . 18, 20

*United States v. Hay*, 231 F.3d 630 (9th Cir. 2000). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

*United States v. Hernandez*, 183 F. Supp. 2d 468 (D.P.R. 2002). . . . . . . . . . . . . . . . . . . . . . . . 13

*United States v. Horn*, 187 F.3d 781 (8th Cir. 1999). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

*United States v. Hove*, 848 F.2d 137 (9th Cir. 1988). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*United States v. Huggins*, 299 F.3d 1039 (9th Cir. 2002). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

*United States v. Jawara*, 474 F.3d 565 (9th Cir. 2007). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*United States v. Knox*, 32 F.2d 733 (3rd Cir. 1992). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 18

*United States v. Kow*, 58 F.3d 423 (9th Cir. 1995). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

*United States v. Lacey*, 119 F.3d 742 (9th Cir. 1997). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

*United States v. Laufer*, 245 F. Supp. 2d 503 (W.D.N.Y. 2003). . . . . . . . . . . . . . . . . . . . . . . . 12

*United States v. Leon*, 468 U.S. 897 (1984). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7, 9, 10

*United States v. Luk*, 859 F.2d 667 (9th Cir. 1988). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

*United States v. Luong*, 470 F.3d 898 (9th Cir. 2002). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 9

*United States v. Moyer*, 256 Fed. Appx. 61 (9th Cir. 2007). . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*United States v. Nolan*, 818 F.2d 1015 (1st Cir. 1987). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

*United States v. Pena*, 266 Fed. Appx. 574 (9th Cir. 2008). . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*United States v. Perdomo*, 800 F.2d 916 (9th Cir. 1986). . . . . . . . . . . . . . . . . . . . . . . . . . 15, 20

*United States v. Potter*, 830 F.2d 1049 (9th Cir. 1987). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*United States v. Roby*, 27 Fed. Appx. 779 (9th Cir. 2001). . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

*United States v. Rowland*, 145 F.3d 1194 (9th Cir. 1998). . . . . . . . . . . . . . . . . . . . . . . . . . . 8, 12

*United States v. Rubio*, 834 F.2d 442 (5th Cir. 1987). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

*United States v. Smith*, 795 F.2d 841 (9th Cir. 1986). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

*United States v. Stanert*, 762 F.2d 775 (9th Cir. 1985). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

*United States v. Villard*, 885 F.2d 117 (3th Cir. 1989). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

*United States v. Wiegand*, 812 F.2d 1239 (9th Cir. 1987). . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

*United States v. Wolfe*, 890 F.2d 241 (1989). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

**FEDERAL STATUTES**

18 U.S.C. Section 2256. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16, 17

**STATE STATUTES**

California Penal Code Section 290. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2, 5, 11