```
 1  JOSEPH P. RUSSONIELLO (CNB 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  DENISE MARIE BARTON (MABN 634052)
    Assistant United States Attorney
 5
    NATHANAEL M. COUSINS (CABN 177944)
 6  Assistant United States Attorney

 7     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
 8     Telephone: (415) 436-7200
       FAX: (415) 436-7234
 9     E-Mail: nat.cousins@usdoj.gov

10  Attorneys for the United States of America
11
12              IN THE UNITED STATES DISTRICT COURT
13            FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                    SAN FRANCISCO DIVISION
15
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 08-0329 JSW |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF ASSOCIATION OF COUNSEL FOR PLAINTIFF** |
| TIMOTHY CRAIG, | ) | |
| Defendant. | ) | |

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Nathanael M. Cousins, Assistant United States Attorney ("AUSA"), as additional counsel of record, with Denise Marie Barton, representing the United States of America. The Clerk is requested to change the docket sheet and other Court records so as to reflect that all Orders and communications from the Court will in the future be additionally directed to AUSA Nathanael M. Cousins at the above mailing address, telephone number, facsimile number, and e-mail

CR No. 08-0329 JSW
NOTICE OF ASSOCIATION OF COUNSEL                                    1

address.

    Please continue to serve the United States of America through Denise Marie Barton and Nathanael M. Cousins, who joins as counsel for the United States for this matter.

DATED: August 27, 2008                        Respectfully submitted,

                                                  JOSEPH P. RUSSONIELLO
                                                  United States Attorney

                                                        /s/
                                                  NATHANAEL M. COUSINS
                                                  Assistant United States Attorney