JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    nat.cousins@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0329 JSW |
|     Plaintiff, ) | |
| ) | **MOTION TO FILE ATTACHMENT TO JONES DECLARATION UNDER SEAL; and [proposed] ORDER** |
|     v. ) | |
| ) | |
| TIMOTHY CRAIG, ) | |
| ) | Hearing Date: September 25, 2008 |
|     Defendant. ) | Time:        2:30 p.m. |
| _____ ) | |

Motion to File Under Seal
CR 08-0329 JSW

1    The United States moves to file under seal "Image #223," which is referenced in the Declaration of Detective Joseph Jones and in the briefs on the defendant's Motion to Suppress. The basis for this Motion is that 18 U.S.C. § 3509(m) requires "any property or material that constitutes child pornography" to remain in the care, custody, and control of either the Government or the Court. Accordingly, the United States is not serving a copy of the image on defendant's counsel. The image previously has been made available to defendant's counsel within the restrictions of 18 U.S.C. § 3509(m).

For these reasons, the United States respectfully requests permission to file Image #223 under seal. A Proposed Order is filed with this Motion.

Respectfully submitted,

Dated: August 27, 2008              JOSEPH P. RUSSONIELLO
                                    United States Attorney

                                    /s/ Nat Cousins
                                    Assistant United States Attorney

Motion to File Under Seal
CR 08-0329 JSW                2

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I filed this Motion and Proposed Order electronically on August 27, 2008, through the Electronic Case Filing portal of the U.S. District Court, Northern District of California. Under N.D. Cal. Local Rule General Order 45, all counsel appearing in this matter will receive an electronic copy of this filing. As set forth in the Motion, a copy of the material to be sealed (Image #223) has not been served on defense counsel.

Dated: August 27, 2008                                              /s/ Nathanael M. Cousins

Motion to File Under Seal
CR 08-0329 JSW                                    3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0329 JSW |
| Plaintiff, | ) | **[proposed] SEALING ORDER** |
| v. | ) | |
| TIMOTHY CRAIG, | ) | Hearing Date: September 25, 2008<br>Time:            2:30 p.m. |
| Defendant. | ) | |

For good cause shown, the Government's Motion to File Attachment to Jones Declaration Under Seal is ordered GRANTED. The materials identified as "Image #223" shall be filed under seal and shall remain in the "care, custody, and control" of the Court.

Dated: _____

_____
United States District Court Judge
Hon. Jeffrey S. White

Proposed Order
CR 08-0329 JSW