JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>TIMOTHY CRAIG,<br>    Defendant. | CR No. 08-0329 JSW<br><br>EX PARTE MOTION TO PERMIT 4 HOUR, 15 MINUTE LATE FILING OF MEMORANDUM IN OPPOSITION TO MOTION TO SUPPRESS EVIDENCE IN VIOLATION OF THE FOURTH AMENDMENT |

On August 20, 2008, this Court granted a Stipulation and Proposed Order amending the briefing schedule. The United States, notwithstanding best efforts, was not able to file by midnight on August 25, 2008, as intended. However, the Memorandum is filed 4 hours, 15 minutes after the deadline set by the Court and still affording all defense and the Court the

//

//

//

anticipated time to respond and review the files. For these reasons, the United States respectfully requests this Court grant this Ex Parte Motion.

   Based on the Defendant's lack of opposition to the motion, the Court shall GRANT the Government's request.

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: August 26, 2008

   /s/
DENISE MARIE BARTON
NATHANAEL M. COUSINS
Assistant United States Attorneys

SO ORDERED.

DATED: August 27, 2008

Honorable Jeffrey S. White
United States District Court Judge