UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 08-0329 JSW |
| Plaintiff, | ) | **[proposed]** SEALING ORDER |
| v. | ) | |
| TIMOTHY CRAIG, | ) | Hearing Date: September 25, 2008<br>Time:              2:30 p.m. |
| Defendant. | ) | |

For good cause shown, the Government's Motion to File Attachment to Jones Declaration Under Seal is ordered GRANTED. The materials identified as "Image #223" shall be filed under seal and shall remain in the "care, custody, and control" of the Court.

Dated: August 27, 2008

*Jeffrey S White*
United States District Court Judge
Hon. Jeffrey S. White

Proposed Order
CR 08-0329 JSW