IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-08-329-JSW |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| TIMOTHY CRAIG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On motion of defendant Timothy Craig, pursuant to Rule 17(a) and (b) of the Federal Rules of Criminal Procedure, and GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that a subpoena issue for the Clerk of Court, Napa County.

IT IS FURTHER ORDERED that the costs of fees and expenses of the witness so subpoenaed shall be paid as if the witness was subpoenaed on behalf of the government, the Court being satisfied that the defendant is financially unable to pay the fees.

DATED:
October 1, 2008

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

ORDER                                                    1